UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | File No. 3:07-cv-05634-CRB<br><br>MDL No. 1913<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR CERTAIN DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Date:     Not Scheduled<br>Time:    Not Scheduled<br>Judge:   Hon. Charles R. Breyer<br><br>[CIVIL LOCAL RULE 6-3] |

The Unopposed Motion to Modify Briefing Schedule for Certain Defendants' Motions to Dismiss the Consolidated Class Action Complaint is **GRANTED**.

It is hereby **ORDERED** that the briefing schedule for the motions to dismiss is amended as follows:

a. Defendants' motions to dismiss are due on November 23, 2009.

b. Plaintiffs' briefs in opposition to defendants' motions to dismiss are due on January 22, 2010.

c. Defendants' reply briefs to plaintiffs' opposition briefs remain due on February 19, 2010, the original date set in the Court's September 18, 2009 Order (Dkt. No. 238).

Dated: __November 16__ , 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

PROPOSED ORDER CASE NO. 07-5634 CRB

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.