1
2
3
4
5
6
7
8
9
10
11
12  IN THE UNITED STATES DISTRICT COURT
13  FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
15  JUDITH K. POWER,                    )
                                        )
16         Petitioner,                  )    No. C 09-4520 CRB (PR)
                                        )
17    v.                                )    ORDER OF DISMISSAL
                                        )
18  PAUL COPENHAVER, et al.,            )
                                        )
19         Respondent(s).               )
    _____ )
20
21         This action for a writ of habeas corpus under 28 U.S.C. § 2241 was filed on
22  September 24, 2009.  The court notified petitioner in writing on that date that the
23  action was deficient because she did not pay the requisite $5.00 filing fee or,
24  instead, submit a signed and completed court-approved in forma pauperis
25  application, including a completed certificate of funds in the prisoner's account and
26  a copy of the prisoner's trust account statement for the last six months.  Petitioner
27  was advised that failure to file the requested items within 30 days would result in
28  dismissal of the action.

1    More than 40 days have elapsed; however, petitioner still has not filed the
2    requisite items, or sought an extension of time to do so.  The action is
3    DISMISSED without prejudice to filing a new habeas action accompanied by the
4    requisite $5.00 filing fee or a signed and completed in forma pauperis application.
5    The clerk shall enter judgment in accordance with this order, terminate all
6    pending motions as moot and close the file.
7    SO ORDERED.
8    DATED:  November 13, 2009           _____
                                          CHARLES R. BREYER
9                                         United States District Judge

28   G:\PRO-SE\CRB\HC.09\Power, J1.dsifp.wpd